# EXHIBIT 1

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
**PA 801-113**
*PA0000801113*

EFFECTIVE DATE OF REGISTRATION
**SEP 17 1996**
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼ "HIP 2 DA GAME", "TRUE AND LIVIN'", "GAME PLAN", "FLIP DA STYLE", "FOOD FOR THOUGHT", IN "THE AWAKENING"

PREVIOUS OR ALTERNATIVE TITLES ▼  NONE

NATURE OF THIS WORK ▼ See instructions
WORDS AND MUSIC

**2 a** NAME OF AUTHOR ▼  ROBERT HALL
DATES OF BIRTH AND DEATH
Year Born ▼ 2/19/70   Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
**1995**  ◀ Year  in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month ▶ FEBRUARY  Day ▶ 20  Year ▶ 1996
ONLY if this work has been published.  UNITED STATES  ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ROBERT HALL
1430 PARKCHESTER RD. #8A
BRONX, NY 10462

APPLICATION RECEIVED
9/17/96
ONE DEPOSIT RECEIVED
9/17/96
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
NOT APPLICABLE

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY **XA**

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ **N/A**   Year of Registration ▼ **N/A**

**6** DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
**NOT APPLICABLE**

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**NOT APPLICABLE**

**7** DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ **NOT APPLICABLE**   Account Number ▼ **N/A**

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
**WARD WHITE IV
3200 SOUTH PARK LN.
FORT WORTH, TEXAS 76133**

Area Code and Telephone Number ▶ **817 370-8440 or 800 424-8191**

**8** CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **ROBERT HALL**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**WARD WHITE IV**  date ▶ **Sept. 13, 1996**

Handwritten signature (X) ▼
**WA White IV**

**9** MAIL CERTIFICATE TO
Name ▼ **ROBERT HALL**
Number/Street/Apartment Number ▼ **1430 PARKCHESTER RD. #8A**
City/State/ZIP ▼ **BRONX, NEW YORK 10462**

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

✩U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,502

# EXHIBIT 2



A&R, Record Label / Company, Music Publishing, Artist Manager and Mu...    http://www.hitquarters.com/index.php3?page=intrview/opar/intrview_BG...

**HitTracker** - Search contact person

Artist-reference - Complete list

Type of company
All

Genre
All

Territory
All

Free text (more info)

→ SEARCH

New on HitTracker - Last 10 / 100

Help - How to search

### ArtistQuarters

**Send your hits to the world's most successful A&Rs!**

- A&R panel
- Success Stories

**Create your own artist page with songs, pics etc. - Free!**

- Search for artist

### Songwriters Market

- **Guest Post:** How to really test whether a song has hit potential
- PART TWO: BMG songwriter **Freakchild** on the realities of pursuing a career as a songwriter
- PART ONE: BMG songwriter Freakchild on the realities of pursuing a career as a songwriter

### Music Business Cards

Search among 1000s of personalized cards to find the contacts you need.

Category

Territory

Free text

→ SEARCH

Post or Edit your Business Card

New on Business Cards - Last 20

### Much more...

- Subscribe to the newsletter
- Label Vote
- Music Business Links
- HitQuarters Archive Search

**Interview with BENJY GRINBERG, president of Rostrum Records and A&R and manager for Wiz Khalifa, Mac Miller - Oct 17, 2011**

### "[Mac Miller]'s going to be one of the biggest artists in the world. I really truly believe that."



At a time when lack of investment in artist development is one of the most common gripes in the industry you could say that it's encouraging to encounter, in Rostrum Records, a label where the patient development of homegrown talents is its chief focus. But given that the first fruits of its labours are Wiz Khalifa (US No.1, UK Top 5), whose debut single topped the Billboard Hot 100, and now Mac Miller, whose debut single has attracted over 30 millions YouTube views to date, "encouraging" seems too feeble an accolade – this is an astonishing testimony to the power of brilliant artist development.

HitQuarters speaks to label president **Benjy Grinberg** about his first encounters with Wiz and Mac, what their development has involved, and how Rostrum will soon prove you can do major label numbers as a small independent.

**What were your original motivations behind setting up Rostrum Records?**

I had been working at Arista Records and wanted to be able to develop my own artists and do it my own way, and so started Rostrum in 2003.

I felt like music executives needed to be patient with artists and let them develop over time, and so our focus with the label is artist development - finding artists early, and then putting a lot of time and effort into developing the artist across the board, from their shows to their music, their songwriting, their style … everything.

**How did your experience at Arista help inform the direction you took and how you did it?**

I learned a lot at Arista. I got to see how to run a good record operation and how to treat artists. I learned from watching what the staff did, and took those lessons and applied them to a more homegrown situation - where Arista had 200 employees we had just a few of us, who did as much as we could with what we had.

**Have the connections you acquired while working at a major proven helpful in furthering your label's cause?**

They've been vitally important. Ultimately it comes back to the artist and their talent, but to have a strong network of executives, producers and songwriters all comes into play, and helps the artist's progression.

**What does an independent label have to do in order to not only survive but thrive in today's music industry climate?**

You have to be very knowledgeable as to the most economical ways of making the records, and then the best ways to exploit the recordings, in terms of marketing and promotion.

You need to understand where the money is in this day and age and where

**Songwriters & Publishers!**

**94 top artists are looking for songs...**

**Submit your songs at SongQuarters!**

**Top Interviews**



Interview with Adele manager **Jonathan Dickins**



Interview with **Benjy Grinberg**, President of Rostrum (Mac Miller, Wiz Khalifa)



Interview with **Jason Flom**, president of Lava Records (Jessie J, Black Veil Brides)



Interview with **Simon Cowell**, head of Syco Music (Leona Lewis, Il Divo, Susan Boyle)

**Current Features:**



Interview with **Jack Conte** of **Pomplamoose**



Interview with **Joshua Berkman**, A&R at Cash Money Records for Nicki Minaj, Lil Wayne, Chris Richardson, Kevin Rudolf



Interview with **Bryan "Birdman" Williams**, co-owner

- Advisory text
- World Top 20 A&R Chart
- World Top 100 A&R Chart of
- Songwriting & Song Pitching Service for Songwriters & Music Publishers

it isn't. You can use 'where the money isn't' to help promote 'where the money is'. There are a lot of free things you can do that you might not make money on but will help you find that money elsewhere. So, for instance, if you put out a lot of free music and gain all these new fans, you can then sell them t-shirts or concert tickets. It's all about knowing which pieces to move and which to keep in place.

**You've said that it's important for labels to listen to their artists. Can you give any examples from your experience that highlight the importance of that attitude?**

When we were about to release 'Rolling Papers', Wiz [Khalifa]'s debut album through Rostrum/Atlantic, Wiz suggested we put out a mixtape ('Cabin Fever') literally two weeks before the album was due to come out.

From a strictly business standpoint it seems counterintuitive to flood the market with ten new free songs when in about a week or two you're going to want to sell an album that you've spent a lot of money and time making. But Wiz knows his fanbase better than we do - he's their age, goes to the same places they go, consumes music the same way they do - and so we decided to listen to him and try it.

What it did was create even more attention for the main album than we had anticipated. Instead of being a diversion, it ended up being a good move.

**Pittsburgh is a relatively unfamiliar name on the music map of the US. What is the music scene like in the city and how is it developing?**

It's not a huge scene but there is a scene, and local artists like Wiz or Girl Talk or Mac are setting examples for other artists in Pittsburgh to follow. They are representing Pittsburgh. They show you can stay in Pittsburgh, develop yourself in Pittsburgh and become a household name across the world.

Those artists coming out of Pittsburgh are also helping develop the scene here in a way where there are now more people interested in managing, promoting, and actually creating the backbone for a really thriving industry. You can't just have artists, you need the people that surround them and help them get from A to B.

**How did you first meet Wiz Khalifa and what impressed you about him and made you want to sign him to Rostrum?**

I met him in the fall of 2004, a year and a half after starting Rostrum. I was living in New York at the time. A friend of mine (**Chad Glick**) had been hanging out in a Pittsburgh studio (ID Labs) started by his friend (E. Dan) and he'd met Wiz there and a couple of other artists. He gave me a mixtape with all these different Pittsburgh artists on it and he mentioned Wiz and a few others. I said, "Who is this kid (Wiz)? I want to meet him the next time I'm in Pittsburgh." There was something about the way he wrote his song and the way that he was rapping that made me really interested in him.

When I met him I immediately knew I needed to work with him. He was 16, an amazing lyricist, and even though he wasn't all the way developed you could just tell that he was a diamond in the rough, and that with some polishing, guidance and backing he could become something special.

We've spent the last seven years developing, and over the last year it's really blown up. It took a lot of hard work and a lot of grinding to get to where we are, but we both have a lot of loyalty to each other.

**What things do you look for in new artists and what kind of things impress you in terms of what they've achieved on their own?**

For me it doesn't come down to achievement, but for them to have a true vision for themselves and their art. That way I can really get involved and share in that vision and help take it there.

If they don't really know who they are, where they want to go or what their voice is, then it makes my job a whole lot harder.

Artists develop over time and the road ends up having twists and turns that you never expected musically and otherwise, but to start with a true understanding of yourself makes it very attractive for me, because it gives

of Cash Money Records

**Special Features:**



**Special feature**: Bridging the East-West Pop Divide - How western songwriters are finding success in the Far East with K-pop



Special feature – **Still All About The Song? - The Changing Sounds of Music City USA**



Special Feature – **Swedes Behind The Scenes**



Special Feature - **Is Free Music Killing The Industry?**

**From the archives:**

"[Game] had a lot to prove, but Dre saw the swagger in him and thought he could do something with him"
Interview with Angelo Sanders, A&R at Aftermath for Game

"It's rare to find a band as young as [Maroon 5] were who play drums and guitars but aren't a stereotypical rock band. My thought was their music was advanced for its time, but when the album came out it would be where music was going. Sure enough ..."
Interview with Ben Berkman, EVP at A&M/Octone for Maroon 5

"When [Cash Money Records] first came into the business they were very reluctant to make records with other people. They probably felt they would steal their style"
Interview with Dino Delvaille, former SVP of Sony Urban Music

me a clear guideline of where we need to go.

**So how can new artists actually attract Rostrum's attention?**

We keep our roster very small because of the attention that we pay to each artist.

The best way is not necessarily to send in a demo or any of the standard ways, it's really to do your thing on your own, and if it's good we'll hear about it, and if it's something that we feel we can share a vision of and really work with then we'll reach out. First thing you can do is build your own little scene or your own little fanbase.

We get dozens of emails and submissions every day and it gets numbing just to try to listen to all of that and understand who each artist is.

**Artist development is key to Rostrum and a driving force behind your success. Can you explain what the development work with Wiz Khalifa involved?**

When we first started working together he loved writing verses and being as lyrical as possible but didn't write hooks very often. Sometimes he would just let the sample play during the chorus. So the key for me was to really force the issue of creating a full song - helping him to understand song structure, arrangement, and how important it is to write a great hook.

Over the course of time, he started writing the hook even before even any lyrics were written, and then he started coming up with these full visions of songs. He has turned into the most amazing songwriter.

The main part of my job is to create the environment for the artist to thrive. So that might be in making sure that they have studios and the right people to work with, and making sure that they're always comfortable and in that zone that's going to bring the best out of them.

I can't take all the credit – it's a team effort. We have our hometown producers, ID Labs, and E. Dan, who's the head of ID Labs, and they've been really integral in helping guide Wiz creatively. With each project all of us are together creatively taking it to the next level.

**How much time do you take, need or even have to develop?**

For different people it takes a different amount of time. I've been with Wiz for seven years. I've been with a band like Donora for four years, and they're still just getting off the ground. With Mac [Miller], whom I signed only fourteen months ago, it's gone a lot faster.

I've never dropped an artist from Rostrum and that's why I keep my roster small. If we commit to working with you, we're going to work with you until you don't want to work anymore, because we're not going to be the ones to stop. That's how seriously we take it and how committed we are to our artists.

**As an independent label with a new rap artist like Wiz Khalifa or Mac Miller, what would your plan be in terms of introducing them into the music market?**

We first have to make sure that the material is worth the public's ear. Sometimes you create a lot of music and don't release any of it until you start getting to the level that you really want it to be at.

Once you're at that level, a lot of it is internet and social networking-based. You can do a lot with blogs, and with Facebook and Twitter.

We're known for getting our artists on the road early. So before many people knew who Wiz really was, we were doing shows for small crowds in the region around Pittsburgh, whether it's Ohio or West Virginia or wherever. In a lot of cases we treat our rappers like indie rock bands. It's like, 'get in the van, and let's go!'

Through that process the artist develops as a performer and as a songwriter because they can see first-hand how people are reacting to the songs that they are writing. It really helps in taking their artistry to the next level.

**Wiz Khalifa is signed to both Atlantic and Rostrum. How did that deal come about and how does your relationship work with major labels?**

Wiz was already signed to Rostrum and so in order for Atlantic to be involved with him, they had to do a deal with Rostrum. Together we work out the distribution and marketing and all the other aspects. They've been a great partner for us, they really understand Wiz and our way of working, and we've been very, very happy there.

In each case it's a different scenario. For Mac we're totally independent and have our own distribution through INgrooves on the digital side and Fontana [Records] on the physical side. We're going to release Mac's first official retail album worldwide in November, and we're doing it all on our own.

So in each artist's case we have the flexibility of doing what we feel is appropriate for that artist.

**How did you first discover Mac Miller and what level was he at when you started working together?**

I've known Mac for a while. Mac, Wiz and I are all from the same area and all went to the same high school, but in very different years - I'm ten years older than Wiz, and Wiz is four years older than Mac.

When I was recording with Wiz at ID Labs Mac would be there recording as well. And over the course of time I would give Mac advice and guidance from afar. We weren't working closely together, but I would give him a little hand along the way.

Then when he started working on his K.I.D.S. mixtape I noticed a maturation in his sound and approach to his music. All of a sudden it made me really interested in what he was doing. So I decided that instead of having this arm length relationship I really wanted to work with this kid and help take him to the next level.

At the same time he was getting different offers from different people, but being the hometown label and with him looking up to Wiz, he really wanted to work with Rostrum. So last year we formalised the relationship and released K.I.D.S.

It's just insane how fast it's been growing. He went from 30,000 Facebook friends last year to 1.2 million this year.

**Before you signed Mac Miller to Rostrum you said you were advising him on the label deals he had been receiving. For artists in Mac Miller's position that are approached by labels, what are some important aspects to bear in mind and watch out for?**

Well, there are a lot of terms in the deal you have to understand and be knowledgeable about, but the first key is to have a good lawyer.

Secondly, you have to know something about the company. You have to know about their approach to their artists. Are they the type of company that is just going to sign twenty artists in the hope that one or two of them take off, or are they more selective and detail-oriented? You should talk to the other artists signed to the label to get an understanding about whether they're happy and how supportive the label is of their careers.

Just doing your research and due diligence to get a better understanding about the situation you're about to get yourself into, is very important.

At the time I was advising Mac I wasn't yet interested in signing him. I was just giving him very straight forward, neutral advice, which was to make sure he understood where these people were coming from, to make sure that the deal wasn't for too long a time period and to make sure that he really gets comfortable with the people before he signs any paperwork.

When I'm interested in an artist these days, one of the last things we do is paperwork. In many cases we'll almost be done with an album before we solidify the relationship in that way. To me it's much more organic, it's much more about the relationship, and much more about understanding each other musically and having that sort of connection before I make an artist commit legally.

I understand how hard it is to sign a contract, I understand how uncomfortable it is to commit yourself like that, and being that I understand that first-hand and understand artists, it's not something that's on the top of my mind, it's like, we'll handle that when it's necessary.

**In what areas were you helping Mac Miller develop as an artist once you started working together?**

Basically helping him with his song selection, and helping him bring out his musicality. He's such a musical person - he plays almost every instrument on demand. So I was making sure he understood that it was okay to bring out that side of him - to get more musical with it and to really speak his mind.

We also got him on the road right away. After the K.I.D.S. mixtape he did the Incredibly Dope Tour, which did extremely well for a first tour. Every show was sold out - it was really unbelievable.

And then it was about seeing how great a performer he was developing into by focusing him on his stage show and on developing his production and song sequencing for shows.

No matter how far you get you're always going to need that help because as the artist sometimes you're too close to the situation and need someone watching from the front of the house to say, 'Hey, when you do that song you should do it this way." A lot of what we've been through with Wiz I applied those lessons to Mac 100%. That's the only way we all grow.

**Mac Miller's single 'Donald Trump' was a breakthrough success. What was key to that?**

It's just an amazing song that people gravitated towards right away, and it has a great video.

DJs at radio stations started to play it on their own, and it just took on a life of its own. Even though it was available for free through his mixtape, we've still managed to sell hundreds of thousands of copies of the song, which is a testament to how popular it really has become.

It really comes down to the song. It's not necessarily anything special we did. It's just that his fanbase really gravitated towards it.

And then of course Donald Trump himself made a video blog about the song and shouted out Mac and said how happy he was the song had over 20 million views. That was a pretty surreal moment.

**Wiz's brotherly relationship with Mac has obviously helped his development. Is that something you've encouraged?**

Yeah, I encourage it, but I don't force it at all. It's important for both artists to have a relationship and it's important for it to come from their heart. It can't be like, 'Hey, Wiz, why don't you show him some stuff?' It has to be Wiz providing a good example naturally.

So if Mac goes to one of Wiz's shows and sees what he does, or they're in the studio together and make a song, Mac picks up a lot of things from Wiz and applies it to his own situation.

I try to bring people together and if they gel and have a good relationship then that's just amazing to me, but I don't want to play matchmaker in any sort of way.

**The network you've successfully set up with Wiz would also no doubt be inspirational for the path you follow with Mac Miller?**

In the urban and pop music world, it's a fairly small community, and so in developing Mac we're going to talk to the same people at MTV, we're going to talk to some of the same promoters in some of the same cities, we're going to use a similar booking agent … those sort of things are just sort of standard.

We have a great booking agent in **Peter Schwartz** at The Agency Group, and he's doing an amazing job for Wiz, and so I brought Mac to meet with him. But I didn't say, 'Mac, you have to use this booking agent'. It's like, 'This booking agent has been doing amazing things for Wiz. Do you want to meet

him? He really likes your music, and I think you'd be good together.' Then they meet, and then I leave it up to Mac. It's always the artist's choice.

**How do you see Mac's career developing in the future?**

Mac's career has grown at such a crazy speed that I can only imagine. But we're going to create a lot of waves with this album we're releasing in November. I think it's going to do better than a lot of people are anticipating.

We're then going to embark on another tour and start working on the next project. Over the next twelve months I really think it's going to grow immensely. He's going to be one of the biggest artists in the world. I really truly believe that.

**What are your ambitions for the label?**

My ambitions are for it to be a great home for artists. We have certain business ambitions but they really take a backseat to working with the artists that we really love and believe in.

The label selection of artists is really a reflection of my taste, and because my tastes are wide-ranging the artists on Rostrum are going to be wide-ranging. It keeps it really fresh and interesting for our staff to work with different types of artists and to learn different things from the different paths that the artists take. So we can apply lessons that we learned with Wiz to one of the rock bands or vice versa, and it keeps us on our toes and it keeps things really fresh.

As some of the major labels are letting go of staff and becoming smaller I see Rostrum growing, taking a slightly more independent route, and being able to compete with the majors. That's what I'm setting up to do here. With this Mac album we're about to release, we're going to do major label numbers as an independent. We're going to prove that you can be just as successful when you do it on your own.

interviewed by Kimbel Bouwman

**Read On ...**

\* Manager **Daniel Weisman** on establishing the career of rapper Wale

Archive

Copyright © HitQuarters, 2000-. All rights of the producer and of the owner of the work reproduced reserved.
No matter may be reproduced in whole or in part without written consent from the copyright holder.
Programming: Artopod & Olof Tjerngren.

Home / Link to Hitquarters / Contact / FAQ / Sitemap / Forgot your password? / Links

# EXHIBIT 3

LOGIN WITH    11 FANS ONLINE                NOW PLAYING:  Mac Miller - Frick Park Market   LOGIN



Follow @macmiller   2.4M followers    NORWAY. WE HERE. 1 HOUR AGO

BIO   TOUR   MUSIC   VIDEOS   PHOTOS   FORUMS   STORE

## Bio

Join the Website and the Most Dope newsletter!

Sign up for Mac's forums, get the latest updates and more! **Login** or 

New Members   |   Top Members

    

In a blossoming hip-hop hotbed of talent, Malcolm "Mac Miller" McCormick is next up out of Pittsburgh, PA. A recent graduate of Taylor Allderdice High School, Mac caught the eyes and ears of Rostrum Records, inking a deal in July 2010. A multitalented musician who can play numerous instruments and a young novice of the freestyle/cipher/battle circuit of his hometown, Mac has been paving his way to superstardom in his blue-collar hometown for years.

Born in 1992, Mac taught himself to play piano, drums, guitar, and bass by the age of 6. Then, after learning to compose songs in a variety of musical genres, he began studying the art of rhyme. Influenced by the styles of artists such as Big L, Lauryn Hill, Outkast, and A Tribe Called Quest, Mac soon developed a reputation for delivering jaw-dropping freestyles in Pittsburgh.

Recording his first songs in the Fall of 2007, Mac went on to form a duo called The Ill Spoken. By 2009, Mac began recording solo records. During this time he released "The Jukebox" and "The High Life" and began to generate a legitimate buzz in the streets and online.

By of July 2010, Mac's buzz became undeniable. With a handful of offers on the table, the young phenom decided to sign with independent powerhouse Rostrum Records. In August 2010, Mac released his Rostrum Records debut "K.I.D.S." and took the internet and music industry by storm.



### MACADELIC MERCH!

NEW MACADELIC MERCH IN THE STORE NOW!

NEW MACADELIC MERCH!

BUY NOW.

The Source Magazine says "The sky is the limit for this 19 year old Pittsburgh native," while HipHopDx labeled Mac as "The Steel City's next superstar." Mac was featured on the cover of XXL Magazine's coveted Top Freshman in January 2011. The Pittsburgh Post-Gazette says "Miller's skillful rhymes, humorous themes and upbeat demeanor are catching the nation by storm." Complex Magazine calls Miller "The Steel City's newest rap posterboy." while URB Magazine calls Mac "a young emcee who is the real thing." Mac's music is also a mainstay on popular hip-hop sites such as Nahright, 2dopeboyz, Rapradar, TheSmokingSection, Allhiphop, and Illroots.

Mac's greatest strength though could be his ability to shine in front of the camera. Soon after signing to Rostrum, Miller was thrust onto several national radio shows for interviews and impromptu freestyles, which have now become Youtube viral video classics. To coincide with his debut Rostrum free albums "K.I.D.S."  and "Best Day Ever" Mac continued to team up with hometown filmmaker/videographer Rex Arrow Films. Mac's videos have now surpassed 165 million hits on www.youtube.com/treejtv, including 6 with 15 million plus views a piece.  The success of his early street buzz and social media dominance have now transitioned Mac to sold out shows across the world with The Incredibly Dope Tour upstreaming to the internationally sold out Blue Slide Park Tour with almost 200,000 tickets sold in the past year.

### TOUR

**06/26/12**
Arendal at Hove Festival

**06/27/12**
Borlange at Peace And Love Festival

**06/28/12**
Budapest at Volt Festival

**06/29/12**
Prague at The Roxy

**06/30/12**
Offenbach Am Main at Capitol Offenbach

Subscribe:        |

The year 2011 also showcased Mac's selling potential as his debut Rostrum EP, "On and On and Beyond," sold over 60,000 copies digitally alone. Mac has also sold over a million singles total with little to no radio airplay.  His debut LP "Blue Slide Park" already reached #3 overall on the iTunes Albums Chart just from pre-orders.  Look for Mac Miller to be the new face of music in 2011 and beyond.

### RECENT TOPICS

Donald Trump Parody (Updated), 13 hours ago
When/where would I meet Mac Miller?, 2 days ago
backstage passes to riverbend concert, 2 days ago
Taste Adventures:, 3 days ago
Donald Trump Parody, 3 days ago

# EXHIBIT 4



home    mixtapes    videos    singles    news    community

**05** Hours, **58** Minutes, **06** Seconds

### : Miller *K.I.D.S*

18 Year old Pittsburgh & Newly Signed Rostrum Records MC drops his newest and most anticipated mixtape "K.I.D.S" This mixtape features mostly ALL original music and only one guest appearance from fellow label mate Chevy Woods. Salute to Mac Miller, Rostrum Records & Most Dope! Follow on twitter @MacMiller

**1,650,686** views
**472,250** streams
**589,645** downloads
(1,677 ratings)

**search mixtapes**

**DatPiff** on Facebook
Like  572,684

**Welcome Guest**
Username   Password

Register Now | Forgot Password

**DJ**: Rostrum Records & Most Dope
**Added**: 08/13/2010 by IAmMixtapes

Like  4.8|  Tweet

**This mixtape is an official release from Mac Miller**

**DOUBLE PLATINUM!** Ravenous fans downloaded this over **500,000** times!

**SPONSORED:** Downloading this mixtape does NOT require you to be logged in, nor does it count toward your download limit!

DOWNLOAD    LINKS    EMBED    RATE    FAV    REPORT    COMMENT

### Mixtape Tracks

1. Kickin' Incredibly Dope Shit (Intro)
2. Outside
3. Get Em Up
4. Nikes On My Feet
5. Senior Skip Day
6. The Spins
7. Traffic In The Sky
8. Don't Mind If I Do
9. Paper Route feat. Chevy Woods
10. Good Evening
11. Ride Around
12. Knock Knock
13. Mad Flava, Heavy Flow (Interlude) feat. DJ Bonics
14. Kool Aid & Frozen Pizza
15. All I Want Is You
16. Poppy
17. Face In The Crowd

# T-SHIRTS!

**Hot This Week**



★★★★★

**18.** Bonus: La La La

## Users who liked this Mixtape...
...Also liked these. Check them out!






**Best Day Ever**
Mac Miller
Rating: ★★★★★
Listens: 855,700

**The High Life**
Mac Miller
Rating: ★★★★★
Listens: 217,324

**Kush & OJ**
Wiz Khalifa
Rating: ★★★★★
Listens: 978,174

**Cabin Fever**
Wiz Khalifa
Rating: ★★★★★
Listens: 829,039

💬 **1,235 Comments**

---

**DON1992** | Sat, Jun 23, 2012 at 5:27 pm      REPLY +1

Mac Trillerrr

---

**indianajonez82** | Wed, Jun 20, 2012 at 7:43 pm    Comment Buried **Show**

**jbermudez3506** | Mon, Jun 18, 2012 at 9:10 am      REPLY +2

this is so chill

---

**21mostdope21** | Sat, Jun 16, 2012 at 1:21 am      REPLY +2

this is wht macs all bout most dope!!!

---

**banks1286** | Mon, Jun 11, 2012 at 5:41 pm      REPLY +2

yo mac got that crack music i personally like his style on the juke box n high life but kids hes starting to really put it all together n become more professional

---

**AboveTheRim20** | Sat, Jun 2, 2012 at 4:32 am      REPLY +2

Aws0me MixTape

---

**D_Kennedy** | Mon, May 14, 2012 at 9:36 pm      REPLY +1

great tape :) show some love by downloading my mixtape thanks http://www.datpiff.com/D-Kennedy-Vocal-Warm-ups-Prelude-To-The-Voice-mixtape.349441.html

---

**playsah** | Mon, May 7, 2012 at 3:56 am      REPLY +1

classic mac!

---

**Djshadolla** | Thu, May 3, 2012 at 12:40 am      REPLY +2

Classic Mac

---

**halfquarter300** | Thu, May 3, 2012 at 12:27 am      REPLY +2

Dope shit.

---

**Xphoonjr** | Fri, Apr 27, 2012 at 6:52 pm      REPLY +1

The albumn and movie make sense now

---





★★★★★
★★★★☆
★★★★☆
★★★☆☆

view full list

### Latest News Stories

**New Music: Chris Brown Feat. B.o.B. "Get Down"**
Breezy released his B.o.B.-assisted track to iTunes. Take a listen below! New Music: Chris Brown Feat. B.o.B. - "Get Down" Tags:�chris brown, g...
full story

**Photos: 50 Cent Got Into A Car Accident Last Night**
[gallery] 50 Cent was in a bad accident tonight as his bullet-proof SUV was rear-ended by a Mack truck on the LIE in NYC. He was put on a stretc...
full story

**Lupe Fiasco – Bitch Bad**
Lupe Fiasco - Bitch Bad [Explicit] by Atlantic Records Lupe Fiasco's, "FOOD & LIQUOR 2: The Great American Rap Album PT.1," will be available S...
full story

**Chris Brown Ft. B.o.B – Get Down**
Chris Brown links up with B.o.B for, "Get Down."
full story

**Kendrick Lamar Confirms "Good Kid, Mad City" Title, Release Date**
UPDATE #2: Kendrick Lamar confirms that his major label debut will release this fall.
full story

**Chief Keef Says He Never Spoke To Kanye West About His "I Don't**
Sometimes an unexpected remix can catapult a burgeoning rapper into a whole other stratosphere of fame. Even if he or she never even shared a convo...
full story

see all news



**MacSplodesDaMic** | Thu, Apr 26, 2012 at 8:16 pm REPLY +2

This might be the greatest thing in the universe.

**moneyd69** | Sun, Apr 22, 2012 at 7:36 pm REPLY +1

classic shit

Posted from DatPiff Mobile for Windows Phone

**moneyd69** | Sun, Apr 22, 2012 at 7:35 pm REPLY +1

classic shit

Posted from DatPiff Mobile for Windows Phone

**ajrrob** | Wed, Apr 4, 2012 at 11:00 pm REPLY +1

this my shit classic!!!!

**DDunnProdigal** | Sun, Apr 1, 2012 at 12:30 pm REPLY +1

Dope

**LEGOBOBO45** | Wed, Mar 28, 2012 at 9:46 pm REPLY +2

Fuck yeah Mac.

**206mafia4life** | Sun, Mar 25, 2012 at 9:09 pm REPLY +1

Ey how can you put this mixtape onto my itunes?

**molajuwon** | Fri, Apr 27, 2012 at 5:01 pm +1

Do what Asmith9404 says

**Asmith9404** | Fri, Mar 30, 2012 at 10:08 am +1

or just save to whatever file youd like, then drag and drop in a playlist on your itunes.. thats what i do

**21juanca** | Thu, Mar 29, 2012 at 11:07 am +1

You copy the music in the zip file into a folder that is in the music section, then go on iTunes and click files and import files library and there you go

**stoneymonk** | Sun, Mar 25, 2012 at 11:30 am REPLY +3

Swag.

**rockotopolis** | Sun, Mar 25, 2012 at 11:03 am REPLY +3

Is There a bad song on this album? I don't think so

Posted from DatPiff Mobile for iOS

**AndreNickatina** | Thu, Jun 21, 2012 at 3:46 am +1

ride around is one of the hardest tracks on the whole tape!

**Dimos7** | Tue, Apr 10, 2012 at 9:16 pm +1

ride around, but thats it

**RxtaRox121** | Thu, Mar 22, 2012 at 10:51 pm REPLY +1

this album is fresh pimpin!!!!!!!!!!

**YungTrillBlazer** | Tue, Mar 20, 2012 at 7:21 pm Comment Buried **Show**

**Grimstyles** | Mon, Mar 19, 2012 at 12:16 pm REPLY 0

## Popular Searches

future, kendrick lamar, self made 2, self made, lil wayne, 2 chainz, gucci mane, wiz khalifa, meek mill, rick ross, fred the godson, mac miller, mmg, selfmade 2, asap rocky, drake, 50 cent, instrumentals, chief keef, french montana

Mixtape promo.. http://www.ineedpromo.net

**Grimstyles** | Sat, Mar 17, 2012 at 6:04 pm      REPLY + X  0

www.ineedpromo.biz for mixtape promo

**anthonyd36** | Fri, Mar 9, 2012 at 1:33 pm      REPLY + X  0

check out my mixtape on my profile, im the best white rapper on this website i guarentee you

**SDProductions** | Sun, Mar 4, 2012 at 2:39 pm      REPLY + X  0

real ish. Get @ us for mixtape slots and hosting through coast 2 coast and bully quad djz: wkmixtapeoffers@googlemail.com 1 SLOT JUST 9$! Special Deals! :)

**MrBlackBeatz** | Fri, Mar 2, 2012 at 7:29 pm      REPLY + X  0

All you rappers go listen to and download the hottest Street instrumentals out right now http://www.datpiff.com/Mr-BLAC K-Industry-Instrumentals-mixta

**Beekman32** | Fri, Feb 24, 2012 at 8:27 pm      REPLY + X  0

White duo from Bedford, IN. Download the new mixtape "Masterpiece!" http://piff.me/962b107

**SoutSideTyranus** | Fri, Feb 24, 2012 at 4:25 pm      REPLY + X  +1

dis white boy can spit i cant even lie

**inkredibleniko** | Fri, Feb 24, 2012 at 3:54 pm      REPLY + X  +1

best

**thefig0** | Wed, Feb 22, 2012 at 6:37 am      REPLY + X  0

check me out http://www.datpiff.com/DJ-NY-Blazin-Music-Vol-1-mixtape.310960.html Dope MixTape

**scoota500** | Tue, Feb 21, 2012 at 12:33 am      REPLY + X  0

if you like mac miller, then give my artist a listen. no spam. just a request. ID LABS did our beats also! Thanks http://www.datpiff.com/SUNNYHAZE-The-Burg-mixtape.307734.html

**Siley** | Mon, Feb 20, 2012 at 6:34 am      REPLY + X  +2

fucking awesome

**Kidd103103** | Sat, Feb 18, 2012 at 4:17 pm      REPLY + X  +2

Lol that dude said Mac's better than yellawolf . When they have diff styles ; you can't compare them .

**kansascitycalen** | Fri, Feb 17, 2012 at 12:27 pm      REPLY + X  +1

#WONTCHANGE #CHAMILLITARY #AMMUNITION http://www.youtube.com/watch?v=hKLZfT0OVmA

**Matty1413** | Wed, Feb 15, 2012 at 10:46 pm      REPLY + X  +1

Fucking mac

Posted from **DatPiff Mobile for iOS**

**thewookiewithin** | Mon, Feb 13, 2012 at 5:33 pm      REPLY + X  +1

http://www.datpiff.com/Lil-Chi-Murder-Ave-Shit-mixtape.314537.html Check out my tape!!! legit shit!!

**bridgenicole133** | Sat, Feb 11, 2012 at 4:32 am      REPLY + X  +1

kl

**djay1996** | Wed, Feb 8, 2012 at 7:53 pm    REPLY +1

Click on http://bit.ly/wpJRnO to download JunoWallet and earn $0.25 JunoCredits. Enter my Invite Code 'DA364665' when prompted.

Posted from **DatPiff Mobile for iOS**

**kotheflow** | Tue, Feb 7, 2012 at 10:45 pm    REPLY +1

EYY, IF U REALLY WANT YOUR SHIT TO BE AT THE TOP OF DATPIFF U NEED TO HIT UP MY SITE. I GUARANTEE 2 GET U MAD EXXPOSURE AND DOWNLOADS 4 CRAZY CHEAP! IF YOU'RE REAL SERIOUS BOUT YOUR BIZNESS IN THE RAP GAME, HOLLA AT YA BOY. WWW.MIXTAPEDOMINATION.COM.YOU CAN'T AFFORD NOT TO. 1

**HavenOfficial** | Tue, Feb 7, 2012 at 6:20 am    REPLY +1

Umm, I'm a rapper from New Tampa. Check out my mixtape. Thanks for reading.

**bluedreamhaze90** | Fri, Feb 3, 2012 at 1:53 pm    REPLY +1

one of my favorite albums ever!

**juanito23** | Thu, Feb 2, 2012 at 4:13 pm    REPLY +2

Greates of Mac

Posted from **DatPiff Mobile for iOS**

**KobeSparks** | Wed, Feb 1, 2012 at 11:20 am    REPLY +1

Mac Miller is QUALITY, weyyy better than Yelawolfe and any other artist who gets rep from the people that signed them..

   **jdubya3000** | Fri, Mar 9, 2012 at 2:34 pm    +1

   Hahahaha!

**Load More Comments**

*Login to comment*

**Username**

**Password**

**Register** | **Forgot Password**

Submit!  ▶ SIGN IN

PRIVACY    TERMS    DMCA    CONTACT    ADVERTISE WITH DATPIFF

**Disclaimer**: Mixtape content is provided for promotional use and not for sale. DatPiff® is a registered trademark of **Idle Media Inc.**