# EXHIBIT 5

iTunes - Music - Face In The Crowd by Mac

# iTunes Preview

What's New          What is iTunes          What's on iTunes          iTunes Charts          How To

## Face In The Crowd

View More By This Artist

### Mac

Open iTunes to preview, buy, and download music.



$9.99
Genres: Hip Hop/Rap, Music
Released: Apr 19, 2012
℗ 2012 Piff Tapes

### Customer Ratings

14 Ratings

### Contemporaries

Soulja Slim
Kane & Abel
Silkk the Shocker
C-Murder
Prime Suspects
TRU
Skull Duggrey
Mr. Serv-On
Young Bleed
Steady Mobb'n

|   | Name | Artist | Time | Price | |
|---|------|--------|------|-------|---|
| 1 | Traffic In The Sky | Mac | 2:33 | $0.99 | View In iTunes |
| 2 | The Spins | Mac | 3:15 | $0.99 | View In iTunes |
| 3 | Senior Skip Day | Mac | 2:55 | $0.99 | View In iTunes |
| 4 | Ride Around | Mac | 2:24 | $0.99 | View In iTunes |
| 5 | Poppy | Mac | 2:52 | $0.99 | View In iTunes |
| 6 | Paper Route | Mac | 2:59 | $0.99 | View In iTunes |
| 7 | Outside | Mac | 3:37 | $0.99 | View In iTunes |
| 8 | Nikes On My Feet | Mac | 2:44 | $0.99 | View In iTunes |
| 9 | Mad Flava, Heavy Flow | Mac | 0:26 | $0.99 | View In iTunes |
| 10 | La La La | Mac | 2:26 | $0.99 | View In iTunes |
| 11 | Kool Aid & Frozen Pizza | Mac | 2:37 | $0.99 | View In iTunes |
| 12 | Knock Knock | Mac | 3:17 | $0.99 | View In iTunes |
| 13 | Kickin' Incredibly Dope S**t (Intro) | Mac | 3:44 | $0.99 | View In iTunes |
| 14 | Good Evening | Mac | 3:55 | $0.99 | View In iTunes |
| 15 | Get Em Up | Mac | 3:18 | $0.99 | View In iTunes |
| 16 | Face In The Crowd | Mac | 3:29 | $0.99 | View In iTunes |
| 17 | Don't Mind If I Do | Mac | 2:18 | $0.99 | View In iTunes |
| 18 | All I Want Is You | Mac | 3:42 | $0.99 | View In iTunes |

Total: 18 Songs

## Customer Reviews

im addicted
by macdopemiller

this is sooo sick!! the spins got me hooked on this boy

The best
by pieboyjr12

Been waiting for this album forever! Mac is the best

Awesome Album!
by The Mac Miller Fan

I love Mac miller. But a lot of his old good songs weren't on iTunes. So when this album came out I was real happy. This is the classic Mac miller. Which is definitely my favorite.

## Biography

Genre: Hip Hop/Rap
Years Active: '90s

The No Limit Records rapper Mac released his debut album Shell Shocked...

Full Bio

## Top Albums and Songs By Mac



1.
Face In The Crowd
View In iTunes


2.
THE HUSTLE
View In iTunes


3.
Not Dead Yet
View In iTunes


4.
Missão a Cumprir
View In iTunes


5.
M.A.C.'s Life
View In iTunes

| | Name | Album | Time | Price | |
| --- | --- | --- | --- | --- | --- |
| 1 | Senior Skip Day | Face In The Crowd | 2:55 | $0.99 | View In iTunes |
| 2 | Nikes On My Feet | Face In The Crowd | 2:44 | $0.99 | View In iTunes |
| 3 | The Spins | Face In The Crowd | 3:15 | $0.99 | View In iTunes |
| 4 | Don't Mind If I Do | Face In The Crowd | 2:18 | $0.99 | View In iTunes |
| 5 | Kool Aid & Frozen Pizza | Face In The Crowd | 2:37 | $0.99 | View In iTunes |
| 6 | Good Evening | Face In The Crowd | 3:55 | $0.99 | View In iTunes |
| 7 | No Limit Soldiers II | No Limit Records – Greates… | 5:14 | $1.29 | View In iTunes |
| 8 | La La La | Face In The Crowd | 2:26 | $0.99 | View In iTunes |
| 9 | Knock Knock | Face In The Crowd | 3:17 | $0.99 | View In iTunes |
| 10 | All I Want Is You | Face In The Crowd | 3:42 | $0.99 | View In iTunes |

## Listeners Also Bought


Loud – Single
Mac Miller
View In iTunes


Boston's Boy
Sammy Adams
View In iTunes


Knock Knock – Sin…
Mac Miller
View In iTunes


There Goes the Ne…
Chris Webby
View In iTunes


Blue Slide Park
Mac Miller
View In iTunes




iTunes on Facebook
Like 21,847,521

App Store on Facebook
Like 5,032,730

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

 iTunes

| iTunes | More iTunes | Partner Programs | iTunes Store |
| --- | --- | --- | --- |
| Download iTunes 10 | Digital Music Basics | Partner as a Company | Browse iTunes Store |
| What is iTunes? | iTunes Ping | Partner as a Content Provider | Browse App Store |
| What's on iTunes | AirPlay | Join the Affiliate Program | Buy Music Now |

iTunes - Music - Face In The Crowd by Mac

| | | | |
|---|---|---|---|
| iTunes Charts | iTunes Gifts | Linking Tools | Buy iTunes Gift Cards |
| A–Z Features | iPod + iTunes Support | iTunes LP and iTunes Extras | Redeem iTunes Gift Cards |
| How Tos | Accessibility | App Store Volume Purchase | iTunes Corporate Sales |
| | | | Free Single of the Week |
| | | | Inside iTunes |

Shop the Apple Online Store (1–800–MY–APPLE), visit an Apple Retail Store, or find a reseller.

Apple Info     Site Map     Hot News     RSS Feeds     Contact Us

Copyright © 2011 Apple Inc. All rights reserved.     Terms of Use     Privacy Policy

# EXHIBIT 6



# EXHIBIT 7

